

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN MCKINNON-EL,
    Plaintiff,

Civil Action No. 7:14-cv-00648

v.

**ORDER**

C-BUILDING SERGEANTS AND
LIEUTENANTS,
    Defendants.

By:   Hon. Jackson L. Kiser
Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion for a temporary restraining order is **DENIED** and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 2nd day of December, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge